# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>SEBO DOOR, LLC,<br><br>Defendant. | 2:09-cv-00707-RCJ-LRL<br><br>**RECOMMENDATION AND ORDER** |

Before the court is plaintiffs' Motion to Enforce Judgment (#5, filed April 20, 2009). No opposition has been filed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d).

Accordingly, and for good cause otherwise shown,

IT IS RECOMMENDED that plaintiffs' Motion to Enforce Judgment (#5) should be granted.

Because plaintiffs' Motion to Enforce Judgment (#8) is identical to their Motion to Enforce Judgment (#5),

IT IS ORDERED that plaintiffs' Motion to Enforce Judgment (#8) is stricken.

DATED this 19th day of June, 2009.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**