**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SEBO DOOR, LLC,<br><br>  Defendant. | 2:09-cv-00707-RCJ-LRL<br><br>**ORDER** |

Before the Court for consideration is the Recommendation and Order of United States Magistrate Judge Lawrence R. Leavitt, entered June 22, 2009 (#10). Within the Recommendation and Order, Judge Leavitt recommends that Plaintiffs' Motion to Enforce Judgment (#5) should be granted. He further recommends that Plaintiffs' Motion to Enforce Judgment (#8) should be stricken, due to the fact that it is identical to their Motion to Enforce Judgment (#5). No objections have been filed.

As such, IT IS SO ORDERED that Magistrate Judge Leavitt's Recommendation and Order (#10) is AFFIRMED and ADOPTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Enforce Judgment (#5) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Enforce Judgment (#8) is STRICKEN.

DATED:   August 18, 2009

_____
UNITED STATED DISTRICT COURT